**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ X
In re:                                          :    Chapter 11
Bostwick Laboratories, et al.,                  :    Case No. 17-10570 (BLS)
                Debtors.                        :    (Jointly Administered)
------------------------------------------------------------ X
JAMES PATRICK CARROLL, as Plan                  :
Administrator for the Post-Effective Date Debtors, :
                Plaintiff,                      :
       v.                                       :    Adv. Pro. No. 19-50160 (BLS)
MEDSTAR GEORGETOWN UNIVERSITY                   :
HOSPITAL,                                       :
                Defendant.                      :
------------------------------------------------------------ X
```

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

It is hereby stipulated and agreed by counsel for the Plaintiff and counsel for the Defendant that the current deadline for the Defendant to file an answer or other response to the Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and Disallow Claims Pursuant to 11 U.S.C. § 502(d) be extended from July 8, 2019, to August 5, 2019.

Dated: July 10, 2019

| COLE SCHOTZ P.C. | HIRSCHLER FLEISCHER P.C. |
|---|---|
| By: */s/ David R. Hurst* | By: */s/ Kristen E. Burgers* |
| David R. Hurst (No. 3743) | Kristen E. Burgers |
| 500 Delaware Avenue, Suite 1410 | 8270 Greensboro Drive, Suite 700 |
| Wilmington, Delaware 19801 | Tysons, Virginia 22102 |
| Telephone: (302) 652-3131 | Telephone: (703) 584-8900 |
| Facsimile: (302) 652-3117 | Facsimile: (703) 584-8901 |
| | |
| *Counsel to the Plan Administrator* | *Counsel to Defendant* |